[No. 38383-7-II. Division Two. December 22, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. BEAU E. NUGENT, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 08-1-00143-1, Toni A. Sheldon, J., entered September 15, 2008. *Reversed* and *remanded* by unpublished opinion per Bridgewater, J., concurred in by Van Deren, C.J., and Houghton, J.

[No. 38588-1-II. Division Two. December 22, 2009.]

MICHAEL W. ALDRIDGE, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 07-2-00919-9, Richard D. Hicks, J., entered October 24, 2008. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Bridgewater and Hunt, JJ.

[No. 38668-2-II. Division Two. December 22, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. TRAMAINE GREGORY MILES, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-1-02398-6, James R. Orlando, J., entered December 9, 2008. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Van Deren, C.J., and Bridgewater, J.

[No. 38819-7-II. Division Two. December 22, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD LEO BARNELL, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 08-1-00451-9, James J. Stonier, J., entered January 23, 2009. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Houghton and Bridgewater, JJ.